

08-CV-05743-ORD

THE HONORABLE FRANK D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY D. MILES, in his capacity as Personal Representative of the Estate of Kimberly L. Miles and as legal guardian of Brittany L. Miles, a minor, and Joshua T. Miles, a minor,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ZHENHUA PORT MACHINERY CO., LTD., a Chinese corporation, ABB LTD, a Swiss corporation, EVERGREEN MARINE CORP., LTD., a Taiwanese corporation, HEMLOCK EQUIPMENT, LLC, a Delaware limited liability company, and ISLAND EQUIPMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | No. 08-CV-5743 FDB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE OF ISLAND EQUIPMENT, LLC |

COME NOW plaintiff, by and through its attorneys of record at Rafel Law Group and defendant Island Equipment, LLC, a Delaware limited liability company, by and through its attorneys of record at Lane Powell PC and do agree and stipulate that Island Equipment, LLC shall be dismissed from the above-styled and numbered cause with prejudice and that each party shall bear its own costs and fees.

STIPULATION AND PROPOSED ORDER FOR
DISMISSAL - 1

052761.0001/1662826.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

SO AGREED AND STIPULATED on this 22nd day of January, 2009.

RAFEL LAW GROUP, PLLC

By: _____
Anthony L. Rafel, WSBA No. 13194
David C. Martin, WSBA No. 38325
Attorneys for Plaintiff Jeffrey D. Miles in his capacity as personal representative of the Estate of Kimberly L. Miles and as legal guardian Brittany L. Miles, a minor and Joshua T. Miles, a minor

LANE POWELL PC

By _____
Katie Smith Matison, WSBA No. 20737
Attorneys for Defendants Hemlock Equipment, LLC, and Island Equipment, LLC

### [~~PROPOSED~~] ORDER

THIS DAY THIS CAUSE CAME ONTO BE HEARD by the Stipulation of the plaintiff Jeffrey D. Miles in his capacity as the personal representative of the Estate of Kimberly L. Miles and as legal guardian of Brittany L. Miles, a minor and Joshua T. Miles, a minor by and through attorneys of record Rafel Law Group and Island Equipment, LLC by and through its attorneys of record Lane Powell PC agreeing to dismiss defendant Island Equipment, LLC, a Delaware limited liability company with prejudice in the above-styled and numbered cause.

IT IS THEREFORE ORDERED AND ADJUDGED consistent with the stipulation of the parties, that Island Equipment, LLC is hereby dismissed with prejudice and that each party shall bear its own attorney's fees and costs.

STIPULATION AND PROPOSED ORDER FOR
DISMISSAL - 2

052761.0001/1662826.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  SO ORDERED AND ADJUDGED on this 23 day of January, 2009.

2

3 _____
      UNITED STATES DISTRICT COURT JUDGE

4  PRESENTED BY:

5  RAFEL LAW GROUP, PLLC

6

7  By: _David C. Martin_____
       Anthony L. Rafel, WSBA No. 13194
8      David C. Martin, WSBA No. 38325
   Attorneys for Plaintiff Jeffrey D. Miles in his
9  capacity as personal representative of the
   Estate of Kimberly L. Miles and as legal
10 guardian Brittany L. Miles, a minor and
   Joshua T. Miles, a minor
11
   LANE POWELL PC
12

13
   By _Katie Matison_____
14 Katie Smith Matison, WSBA No. 20737
   Attorneys for Defendants Hemlock
15 Equipment, LLC, and Island Equipment, LLC

STIPULATION AND PROPOSED ORDER FOR
DISMISSAL - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

052761.0001/1662826.1