THE HONORABLE FRANK D. BURGESS

**08-CR-05743-STIP**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY D. MILES, in his capacity as Personal Representative of the Estate of Kimberly L. Miles and as legal guardian of Brittany L. Miles, a minor, and Joshua T. Miles, a minor,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ZHENHUA PORT MACHINERY CO., LTD., a Chinese corporation, ABB LTD, a Swiss corporation, EVERGREEN MARINE CORP., LTD., a Taiwanese corporation, HEMLOCK EQUIPMENT, LLC, a Delaware limited liability company, and ISLAND EQUIPMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | No. 08-CV-5743 FDB<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE OF HEMLOCK EQUIPMENT, LLC** |

COME NOW plaintiff, by and through his attorneys of record at Rafel Law Group and defendant Hemlock Equipment, LLC, a Delaware limited liability company, by and through its attorneys of record at Lane Powell PC and do agree and stipulate that Hemlock Equipment, LLC shall be dismissed from the above-styled and numbered cause without prejudice and that each party shall bear its own costs and fees.

STIPULATION AND PROPOSED ORDER FOR
DISMISSAL - 1

052761.0001/1688642.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

SO AGREED AND STIPULATED on this 18th day of March, 2009.

RAFEL LAW GROUP, PLLC

By: /s/ David C. Martin
Anthony L. Rafel, WSBA No. 13194
David C. Martin, WSBA No. 38325
Attorneys for Plaintiff Jeffrey D. Miles in his capacity as personal representative of the Estate of Kimberly L. Miles and as legal guardian Brittany L. Miles, a minor and Joshua T. Miles, a minor

LANE POWELL PC

By /s/ Katie Smith Matison
Katie Smith Matison, WSBA No. 20737
Attorneys for Defendant Hemlock Equipment, LLC

## [PROPOSED] ORDER

THIS DAY THIS CAUSE CAME ONTO BE HEARD by the Stipulation of the plaintiff Jeffrey D. Miles in his capacity as the personal representative of the Estate of Kimberly L. Miles and as legal guardian of Brittany L. Miles, a minor and Joshua T. Miles, a minor by and through attorneys of record Rafel Law Group and Island Equipment, LLC by and through its attorneys of record Lane Powell PC agreeing to dismiss defendant Hemlock Equipment, LLC, a Delaware limited liability company without prejudice in the above-styled and numbered cause.

IT IS THEREFORE ORDERED AND ADJUDGED consistent with the stipulation of the parties, that Hemlock Equipment, LLC is hereby dismissed without prejudice and that each party shall bear its own attorney's fees and costs.

STIPULATION AND PROPOSED ORDER FOR
DISMISSAL - 2

052761.0001/1688642.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1     SO ORDERED AND ADJUDGED on this 19th day of March, 2009.

2

3                             UNITED STATES DISTRICT COURT JUDGE

4 PRESENTED BY:

5 RAFEL LAW GROUP, PLLC

6

7 By: _____
   Anthony L. Rafel, WSBA No. 13194
8    David C. Martin, WSBA No. 38325
   Attorneys for Plaintiff Jeffrey D. Miles in his
9    capacity as personal representative of the
   Estate of Kimberly L. Miles and as legal
10   guardian Brittany L. Miles, a minor and
   Joshua T. Miles, a minor
11
   LANE POWELL PC
12

13
   By _____
14 Katie Smith Matison, WSBA No. 20737
   Attorneys for Defendant Hemlock
15 Equipment, LLC

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND PROPOSED ORDER FOR
DISMISSAL - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

052761.0001/1688642.1