THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JEFFREY D. MILES, in his capacity as Personal Representative of the Estate of Kimberly L. Miles and as legal guardian of B. M., a minor, and J. Miles, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>SHANGHAI ZHENHUA PORT OF MACHINERY CO., LTS.,  Chinese corporation, ABB LTD., a Swiss corporation, EVERGREEN MARINE CORP., LTD., a Taiwanese corporation, HEMLOCK EQUIPMENT, LLC,  a Delaware limited liability company, and ISLAND EQUIPMENT, LLC, a Delaware limited liability company,<br><br>Defendant. | No. 08-CV-5743 FDB<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINE TO DISCLOSE EXPERT WITNESSES AND REBUTTAL EXPERTS |

THIS MATTER having come before the Court in the above-entitled matter on the Joint Motion To Extend The Deadline To Disclose Expert Witnesses And Rebuttal Experts, and the Court having reviewed the records and files herein; NOW THEREFORE

IT IS HEREBY ORDERED that the Joint Motion is granted and the following

ORDER GRANTING MOTION TO EXTEND DEADLINE TO DISCLOSE
EXPERT WITNESSES AND REBUTTAL EXPERTS – PAGE 1
CAUSE NO. 08-CV-5743 FDB

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX

1 deadlines are hereby extended as follows:

2     1.    The current March 29, 2010 deadline for disclosure of expert witnesses is

3 hereby extended to April 26, 2010;

4     2.    The current April 24, 2010 deadline for disclosure of rebuttal experts is hereby

5 extended to May 17, 2010; and

6     3.    The current May 27, 2010 deadline for filing objections to opposition experts

7 is hereby extended to June 14, 2010.

8     DATED this 9th day of March, 2010.

9

10             s/Pat LeFrois
            Clerk for the HONORABLE FRANKLIN D. BURGESS

11 Presented by:

12 FORSBERG & UMLAUF, P.S.

13 By:

14     Michael P. Hooks, WSBA #24153
    Forsberg & Umlauf, P.S.

15     910 Fifth Avenue, Suite 1400
    Seattle, WA  98164-2050

16     Telephone: 206-689-8500
    Fax: 206-689-8501

17     E-mail: mhooks@forsberg-umlauf.com
    Attorneys for ABB Ltd.

ORDER GRANTING MOTION TO EXTEND DEADLINE TO DISCLOSE
EXPERT WITNESSES AND REBUTTAL EXPERTS – PAGE 2
CAUSE NO. 08-CV-5743 FDB

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX